### LYNN *v.* MERRICLE.

*Appeal from District Court, Jefferson County.*

ASSUMPSIT before a justice of the peace, and appeal to district court. Motion by appellee to dismiss, because of defective appeal bond, and cross-motion by appellant for leave to file a sufficient bond. The district court refused to allow the amendment and dismissed the appeal.

BRADFORD, J. The opinion given at the present term of this court, in *Gardner* v. *Dunn, ante,* 1, is applicable to this case. The judgment of the district court must be reversed, and the cause remanded to the district court for further proceedings.